UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>   v.<br><br>PEDRO CISNEROS, JR.,<br><br>                      Defendant. | Case No. CR09-187-JCC<br><br>**PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE** |

INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on August 10, 2010. The defendant appeared pursuant to a summons. Present were Assistant United States Attorney Nicholas Brown, defense counsel Eric Levin and U.S. Probation Officer Steven Gregoyrk. The proceedings were digitally recorded.

SENTENCE AND PRIOR ACTION

Defendant was sentenced on January 14, 2009 by the Honorable Ancer Haggerty, U.S. District Judge for the District of Oregon for Unlawful Animal Fighting Venture. He received a sentence of 36 months of probation. On June 19, 2009, the Court accepted a transfer of jurisdiction to the Western District of Washington.

PROPOSED FINDINGS OF FACT AND DETERMINATION AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE - 1

## PRESENTLY ALLEGED VIOLATIONS

In a petition dated June 22, 2010, U.S. Probation Officer Steven Gregoryk alleged that defendant violated the following conditions of supervised release:

1. Committing the crime of driving while license suspended in the first degree on June 19, 2010 in violation of the general condition that he not commit a Federal, State, or local crime.

## FINDINGS FOLLOWING EVIDENTIARY HEARING

Defendant admitted the above violation, waived any hearing as to whether they occurred, and was informed the matter would be set for a disposition hearing September 3, 2010 at 9:00 a.m. before District Judge John C. Coughenour. Defendant remains in the community.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 10th day of August, 2010.

s/ BRIAN A. TSUCHIDA
United States Magistrate Judge

PROPOSED FINDINGS OF FACT AND DETERMINATION AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE - 2